UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re:  23-55276  Lance  Boland v. Rob Bonta
 23-55367  Lana  Renna v. Rob Bonta

The above cases are being assigned to the same panel in **Pasadena, California**, during the month of **August 2023** because the cases involve related issues concerning California's Unsafe Handgun Act.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

## General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23–55276<br>**Nature of Suit:** 3950 Constitutionality of State Statutes<br>Lance Boland, et al v. Rob Bonta, et al<br>**Appeal From:** U.S. District Court for Central California, Santa Ana<br>**Fee Status:** Paid | **Docketed:** 03/27/2023 |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0973–8 : 8:22–cv–01421–CJC–ADS
  **Court Reporter:** Alberto V. Ortiz, Court Reporter Supervisor
  **Trial Judge:** Cormac J. Carney, District Judge
  **Date Filed:** 08/01/2022

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/20/2023 | 03/20/2023 | 03/27/2023 | 03/27/2023 |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 23–55276 | 23–55431 | 05/11/2023 | |

| | |
|---|---|
| LANCE BOLAND, an individual<br>　　　　Plaintiff – Appellee, | Sean Anthony Brady, Attorney<br>Direct: 562–216–4464<br>Email: sbrady@michellawyers.com<br>Fax: 562–216–4445<br>[COR LD NTC Retained]<br>Michel & Associates, PC<br>180 E Ocean Boulevard<br>Suite 200<br>Long Beach, CA 90802<br><br>Joshua Robert Dale, Attorney<br>Direct: 562–216–4444<br>Email: jdale@michellawyers.com<br>Fax: 562–216–4445<br>[COR LD NTC Retained]<br>Michel & Associates, PC<br>180 E Ocean Boulevard<br>Suite 200<br>Long Beach, CA 90802<br><br>Alexander A. Frank, Attorney<br>Direct: 562–216–4444<br>Email: afrank@michellawyers.com<br>Fax: 562–216–4445<br>[COR LD NTC Retained]<br>Michel & Associates, PC<br>180 E Ocean Boulevard<br>Suite 200<br>Long Beach, CA 90802<br><br>Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562–216–4444<br>Email: cmichel@michellawyers.com<br>Fax: 562–216–4445<br>[COR LD NTC Retained]<br>Michel & Associates, PC<br>180 E Ocean Boulevard<br>Suite 200<br>Long Beach, CA 90802<br><br>Mariel A. Brookins<br>Direct: 202–742–8900<br>Email: mariel.brookins@clementmurphy.com<br>[COR NTC Retained]<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br><br>Paul D. Clement, Attorney<br>Direct: 202–742–8900<br>Email: paul.clement@clementmurphy.com<br>[COR NTC Retained] |

|  |  |
|---|---|
|  | Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br><br>Erin E. Murphy<br>Direct: 202–742–8900<br>Email: erin.murphy@clementmurphy.com<br>[COR NTC Retained]<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br><br>Matthew Rowen<br>Direct: 202–742–8900<br>Email: matthew.rowen@clementmurphy.com<br>[COR NTC Retained]<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314 |
| MARIO SANTELLAN, an individual<br>    Plaintiff – Appellee, | Sean Anthony Brady, Attorney<br>Direct: 562–216–4464<br>[COR LD NTC Retained]<br>(see above)<br><br>Joshua Robert Dale, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above)<br><br>Alexander A. Frank, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above)<br><br>Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above)<br><br>Mariel A. Brookins<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above)<br><br>Paul D. Clement, Attorney<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above)<br><br>Erin E. Murphy<br>Direct: 202–742–8900 |

        [COR NTC Retained]
        (see above)

        Matthew Rowen
        Direct: 202–742–8900
        [COR NTC Retained]
        (see above)

RENO MAY, an individual         Sean Anthony Brady, Attorney
    Plaintiff – Appellee,         Direct: 562–216–4464
        [COR LD NTC Retained]
        (see above)

        Joshua Robert Dale, Attorney
        Direct: 562–216–4444
        [COR LD NTC Retained]
        (see above)

        Alexander A. Frank, Attorney
        Direct: 562–216–4444
        [COR LD NTC Retained]
        (see above)

        Carl D. Michel, Esquire, Senior Attorney
        Direct: 562–216–4444
        [COR LD NTC Retained]
        (see above)

        Mariel A. Brookins
        Direct: 202–742–8900
        [COR NTC Retained]
        (see above)

        Paul D. Clement, Attorney
        Direct: 202–742–8900
        [COR NTC Retained]
        (see above)

        Erin E. Murphy
        Direct: 202–742–8900
        [COR NTC Retained]
        (see above)

        Matthew Rowen
        Direct: 202–742–8900
        [COR NTC Retained]
        (see above)

JEROME SCHAMMEL, an individual         Sean Anthony Brady, Attorney
    Plaintiff – Appellee,         Direct: 562–216–4464
        [COR LD NTC Retained]
        (see above)

|  |  |
|---|---|
|  | Joshua Robert Dale, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |
|  | Alexander A. Frank, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |
|  | Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |
|  | Mariel A. Brookins<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above) |
|  | Paul D. Clement, Attorney<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above) |
|  | Erin E. Murphy<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above) |
|  | Matthew Rowen<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above) |
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation<br>      Plaintiff – Appellee, | Sean Anthony Brady, Attorney<br>Direct: 562–216–4464<br>[COR LD NTC Retained]<br>(see above) |
|  | Joshua Robert Dale, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |
|  | Alexander A. Frank, Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |
|  | Carl D. Michel, Esquire, Senior Attorney |

|  |  |
|---|---|
|  | Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above)<br><br>Mariel A. Brookins<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above)<br><br>Paul D. Clement, Attorney<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above)<br><br>Erin E. Murphy<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above)<br><br>Matthew Rowen<br>Direct: 202–742–8900<br>[COR NTC Retained]<br>(see above) |
| v. |  |
| ROB BONTA, in his official capacity as Attorney General of the State of California<br>        Defendant – Appellant, | Gabrielle D. Boutin<br>Email: Gabrielle.Boutin@doj.ca.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGCA–Office of the California Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br><br>Robert Meyerhoff<br>Direct: 213–269–6177<br>Email: robert.meyerhoff@doj.ca.gov<br>[COR LD NTC Dep State Aty Gen]<br>CA Dept of Justice<br>Business & Tax<br>300 S Spring Street<br>Suite 1702<br>Los Angeles, CA 90013–1256<br><br>Charles Joseph Sarosy, Attorney<br>Direct: 213–269–6356<br>Email: Charles.Sarosy@doj.ca.gov<br>Fax: 213–897–2263<br>[COR LD NTC Dep State Aty Gen]<br>AGCA–Office of the California Attorney General<br>300 S Spring Street<br>Suite 1702<br>Los Angeles, CA 90013 |

|  |  |
|---|---|
|  | Sean Clinton Woods<br>Direct: 415–510–3807<br>Email: clint.woods@doj.ca.gov<br>Fax: 415–703–5480<br>[COR LD NTC Dep State Aty Gen]<br>AGCA – Office of the California Attorney General<br>Suite 11000<br>455 Golden Gate Avenue<br>San Francisco, CA 94102 |
| DOES, 1–10<br>    Defendant, |  |
| _____ |  |
| BRADY CENTER TO PREVENT GUN VIOLENCE<br>    Amicus Curiae, | Thomas M. Bondy<br>Direct: 202–339–8406<br>Email: tbondy@orrick.com<br>Fax: 202–339–8500<br>[COR LD NTC Retained]<br>Orrick, Herrington & Sutcliffe, LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br><br>Melanie Hallums<br>Direct: 304–231–2500<br>Email: mhallums@orrick.com<br>[COR NTC Retained]<br>Orrick, Herrington & Sutcliffe LLP<br>2121 Main Street<br>Wheeling, WV 26003 |
| DISTRICT OF COLUMBIA<br>    Amicus Curiae, | Caroline S. Van Zile<br>Direct: 202–724–6609<br>Email: caroline.vanzile@dc.gov<br>Fax: 202–741–0649<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>Office of the Solicitor General<br>400 6th Street, NW<br>Suite 8100<br>Washington, DC 20001 |
| STATES OF COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW JERSEY, NEW YORK, OREGON, PENNSYLVANIA, and RHODE ISLAND<br>    Amicus Curiae, | Caroline S. Van Zile<br>Direct: 202–724–6609<br>[COR LD NTC Retained]<br>(see above) |
| EVERYTOWN FOR GUN SAFETY | Eleuthera Sa |

|  |  |
|---|---|
| Amicus Curiae, | Direct: 646–269–3011<br>Email: esa@everytown.org<br>[COR LD NTC Retained]<br>Everytown Law<br>450 Lexington Avenue<br>P.O. Box 4184<br>New York, NY 10017 |
|  | Janet Carter, AT<br>Direct: 646–324–8174<br>Email: jcarter@everytown.org<br>[COR NTC Retained]<br>Everytown Law<br>450 Lexington Avenue<br>P.O. Box 4184<br>New York, NY 10017 |
|  | William James Taylor, Jr.<br>Direct: 646–324–8215<br>Email: wtaylor@everytown.org<br>[COR NTC Retained]<br>Everytown Law<br>450 Lexington Avenue<br>P.O. Box 4184<br>New York, NY 10017 |

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23–55367 | **Docketed:** 04/20/2023 |
| **Nature of Suit:** 3950 Constitutionality of State Statutes | |
| Lana Renna, et al v. Rob Bonta, et al | |
| **Appeal From:** U.S. District Court for Southern California, San Diego | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0974–3 : 3:20–cv–02190–DMS–DEB
  **Court Reporter:** Noemy Martinez, Court Reporter Coordinator
  **Trial Judge:** Dana M. Sabraw, Chief District Judge
  **Date Filed:** 11/10/2020

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 04/03/2023 | 04/03/2023 | 04/14/2023 | 04/19/2023 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| LANA RAE RENNA<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>Email: brad@benbrooklawgroup.com<br>Fax: 916−447−4904<br>[COR LD NTC Retained]<br>Benbrook Law Group, PC<br>701 University Avenue<br>Suite 106<br>Sacramento, CA 95825<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>Email: law.rmd@gmail.com<br>Fax: 910−672−7705<br>[COR LD NTC Retained]<br>The DiGuiseppe Law Firm, PC<br>116 N Howe Street<br>Suite A<br>Southport, NC 28461 |
| DANIELLE JAYMES<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>[COR LD NTC Retained]<br>(see above) |
| HANNAH SPOUSTA<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>[COR LD NTC Retained]<br>(see above) |
| LAURA SCHWARTZ<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| MICHAEL SCHWARTZ<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| RICHARD BAILEY<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| JOHN KLIER<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| JUSTIN SMITH<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| JOHN PHILLIPS<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| PWGG, L.P., a California Limited Partnership | Bradley A. Benbrook, Attorney |

|  |  |
|---|---|
| Plaintiff – Appellee, | Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| CHERYL PRINCE<br>     Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| DARIN PRINCE<br>     Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| NORTH COUNTY SHOOTING CENTER, INC., a California Corporation<br>     Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| RYAN PETERSON<br>     Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900 |

|  |  |
|---|---|
| Plaintiff – Appellee, | [COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| FIREARMS POLICY COALITION, INC.<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| SAN DIEGO COUNTY GUN OWNERS PAC<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| SECOND AMENDMENT FOUNDATION<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910–713–8804<br>[COR LD NTC Retained]<br>(see above) |
| ROBERT MACOMBER<br>    Plaintiff – Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916–447–4900<br>[COR LD NTC Retained] |

|  |  |
|---|---|
|  | (see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>[COR LD NTC Retained]<br>(see above) |
| CLINT FREEMAN<br>      Plaintiff − Appellee, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above) |
|  | Raymond Mark DiGuiseppe, Esquire, Attorney<br>Direct: 910−713−8804<br>[COR LD NTC Retained]<br>(see above) |
| v. |  |
| ROB BONTA, in his official capacity as Attorney General of California<br>      Defendant − Appellant, | Rita B. Bosworth, Deputy Attorney General<br>Direct: 415−510−3592<br>Email: rita.bosworth@doj.ca.gov<br>Fax: 415−703−1234<br>[COR LD NTC Dep State Aty Gen]<br>AGCA − Office of the California Attorney General<br>Suite 11000<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Gabrielle D. Boutin<br>Email: Gabrielle.Boutin@doj.ca.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGCA−Office of the California Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br><br>Charles Joseph Sarosy, Attorney<br>Direct: 213−269−6356<br>Email: Charles.Sarosy@doj.ca.gov<br>Fax: 213−897−2263<br>[COR NTC Dep State Aty Gen]<br>AGCA−Office of the California Attorney General<br>300 S Spring Street<br>Suite 1702<br>Los Angeles, CA 90013 |
| ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms<br>      Defendant − Appellant, | Rita B. Bosworth, Deputy Attorney General<br>Direct: 415−510−3592<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Gabrielle D. Boutin |

|  |
|---|
| [COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Charles Joseph Sarosy, Attorney<br>Direct: 213-269-6356<br>[COR NTC Dep State Aty Gen]<br>(see above) |