UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANA RAE RENNA; et al., | No. 23-55367 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-02190-DMS-DEB |
| v. | Southern District of California, San Diego |
| ROB BONTA, in his official capacity as Attorney General of California; ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms, | ORDER |
| Defendants-Appellants. | |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

Submission of this case is vacated pending the en banc decision in *Duncan v. Bonta*, 9th Cir. No. 23-55805.