| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 27 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LANA RAE RENNA; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms,<br><br>        Defendants-Appellants. | No. 23-55367<br><br>D.C. No. 3:20-cv-02190-DMS-DEB Southern District of California, San Diego<br><br>ORDER |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

The parties are directed to submit supplemental briefs of no more than 3,000 words each addressing the impact on this case, if any, of *Duncan v. Bonta*, No. 23-55805, 2025 WL 867583 (9th Cir. Mar. 20, 2025) (en banc), and discussing whether or not remand would be appropriate at this juncture. Plaintiffs-Appellees shall file their supplemental brief within 21 days of the date of this order. Defendants-Appellants shall file their supplemental brief within 14 days after the submission of Plaintiffs-Appellees' brief.